IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

DAVID BURKES on behalf of                    Civil Action No. 2:22-cv-01054
Himself and others similarly situated,
                                             Judge Hardy
            Plaintiffs,                      Complaint-Class and Collective Action

                                             Jury Trial Demanded

      vs.

ARIAS AGENCIES, AMERICAN INCOME              ELECTRONICALLY FILED
LIFE INSURANCE COMPANY,

            Defendants.

### CONSENT TO JOIN

1.      Pursuant to the Fair Labor Standards Act, 29 U.S.C. 216(b), The Pennsylvania

Minimum Wage Act of 1968, The Pennsylvania Wage Payment and Collection Law, and the

theory of Unjust Enrichment, I hereby consent to join and act as a plaintiff in the above-captioned

lawsuit.

2.      I agree to be bound by any adjudication or court rulings in this lawsuit, whether

favorable or unfavorable.

3.      I hereby designate Williamson Law LLC law firm to represent me in this lawsuit.

Signature:     _____

Print Name:    Mikelle Mayfield

Date Signed:   7/26/2022