IN THE UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF PENNSYLVANIA

DAVID BURKES, on behalf of himself and
others similarly situated,

                Plaintiff,

    v.

ARIAS AGENCIES, and AMERICAN
INCOME LIFE INSURANCE COMPANY,

                Defendants.

CIVIL ACTION
NO. 2:22-CV-01054-WSH
ELECTRONICALLY FILED

**ARIAS AGENCIES' MOTION TO JOIN AMERICAN INCOME LIFE INSURANCE COMPANY'S MOTION TO COMPEL INDIVIDUAL ARBITRATION AND TO DISMISS**

    Defendant Arias Agencies, by and through its undersigned counsel, hereby joins and adopts as if fully set forth herein American Income Life Insurance Company's Motion to Compel Individual Arbitration and to Dismiss. A Memorandum of Law in Support, filed on behalf of Defendant Arias Agencies, as well as a proposed Order, is filed contemporaneously.

    Defendant Arias Agencies further joins and adopts as if fully set forth herein American Income Life Insurance Company's Memorandum of Law in Support of its Motion To Compel Individual Arbitration And To Dismiss.

Respectfully submitted,

STRASSBURGER McKENNA GUTNICK &
GEFSKY

By: /s/ Jean E. Novak
Jean E. Novak
PA ID No. 69490
Four Gateway Center, Suite 2200
444 Liberty Avenue

1

Pittsburgh, PA  15222
Telephone:  (412) 281-5423
Facsimile:  (412) 281-8264
E-mail: jnovak@smgglaw.com

*Counsel for Defendant Arias Agencies*

## CERTIFICATE REGARDING MEET-AND-CONFER EFFORTS

Pursuant to the Court's order dated July 26, 2022 (ECF No. 5), the undersigned counsel for Defendant Arias Agencies certifies that before filing this Motion, the Parties met and conferred in good faith regarding the enforceability of Plaintiffs' arbitration agreements, the coverage of Plaintiffs' claims under their arbitration agreements, and the appropriate disposition of this case following the submission of Plaintiffs' claims to individual arbitration.  The Parties' counsel conferred via videoconference on August 22, 2022, September 14, 2022, and October 10, 2022, and via e-mail exchanges dated August 30, 2022, September 6, 2022, September 22, 2022, and September 27, 2022.  Plaintiffs refused to agree to the dismissal (without prejudice) of their actions despite Plaintiffs' counsel's concession and stipulation that Plaintiffs' claims were subject to arbitration.  Therefore, Defendants were forced to move to compel arbitration and dismiss (without prejudice) Plaintiffs' actions.

Respectfully submitted,

STRASSBURGER McKENNA GUTNICK & GEFSKY

By: /s/ Jean E. Novak
Jean E. Novak
PA ID No. 69490
Four Gateway Center, Suite 2200
444 Liberty Avenue
Pittsburgh, PA  15222
Telephone:  (412) 281-5423
Facsimile:  (412) 281-8264
E-mail: jnovak@smgglaw.com

*Counsel for Defendant Arias Agencies*

**CERTIFICATE OF SERVICE**

I do hereby certify that the foregoing **ARIAS AGENCIES' MOTION TO JOIN AMERICAN INCOME LIFE INSURANCE COMPANY'S MOTION TO COMPEL INDIVIDUAL ARBITRATION AND TO DISMISS** was served upon all parties via electronic ECF notification on this 24th day of October 2022:

Amy N. Williamson, Esquire
Williamson Law LLC
Law and Finance
429 Fourth Avenue, Suite 300
Pittsburgh PA 15219
awilliamson@awilliamsonlaw.com

Andrea M. Kirshenbam
POST & SCHELL, P.C.
One Oxford Centre
301 Grant Street, Suite 3010
Pittsburgh, Pennsylvania 15219
AKirshenbaum@PostSchell.com


Albert Giang
Jeffrey Hammer
Ramon Miyar
King & Spalding LLP
633 West Fifth Street, Suite 1600
Los Angeles, California 90071
agiang@kslaw.com
jhammer@kslaw.com
rmiyar@kslaw.com


       /s/ Jean E. Novak
       Jean E. Novak
       *Counsel for Defendant, Arias Agencies*