IN THE UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF PENNSYLVANIA

DAVID BURKES, on behalf of himself and
others similarly situated,

                    Plaintiff,

                                  CIVIL ACTION
      v.                     NO. 2:22-CV-01054-WSH
                                  ELECTRONICALLY FILED

ARIAS AGENCIES, and AMERICAN
INCOME LIFE INSURANCE COMPANY,

                    Defendants.

**ARIAS AGENCIES' MOTION TO JOIN REPLY IN SUPPORT OF DEFENDANT AMERICAN INCOME LIFE INSURANCE COMPANY'S MOTION TO COMPEL INDIVIDUAL ARBITRATION AND TO DISMISS**

      Defendant Arias Agencies, by and through its undersigned counsel, hereby joins and adopts as if fully set forth herein Reply in Support of Defendant American Income Life Insurance Company's Motion to Compel Individual Arbitration and to Dismiss. A Memorandum of Law in Support, filed on behalf of Defendant Arias Agencies, as well as a proposed Order, is filed contemporaneously.

                                              Respectfully submitted,

                                              STRASSBURGER McKENNA GUTNICK &
                                              GEFSKY

                                              By: /s/ Jean E. Novak
                                              Jean E. Novak
                                              PA ID No. 69490
                                              Four Gateway Center, Suite 2200
                                              444 Liberty Avenue
                                              Pittsburgh, PA  15222
                                              Telephone:  (412) 281-5423
                                              Facsimile:  (412) 281-8264
                                              E-mail: jnovak@smgglaw.com

                                              *Counsel for Defendant Arias Agencies*

## CERTIFICATE OF SERVICE

I do hereby certify that the foregoing **ARIAS AGENCIES' MOTION TO JOIN REPLY IN SUPPORT OF DEFENDANT AMERICAN INCOME LIFE INSURANCE COMPANY'S MOTION TO COMPEL INDIVIDUAL ARBITRATION AND TO DISMISS** was served upon all parties via electronic ECF notification on this 22nd day of November 2022:

>Amy N. Williamson, Esquire
>Williamson Law LLC
>Law and Finance
>429 Fourth Avenue, Suite 300
>Pittsburgh PA 15219
>awilliamson@awilliamsonlaw.com
>
>Andrea M. Kirshenbam
>POST & SCHELL, P.C.
>One Oxford Centre
>301 Grant Street, Suite 3010
>Pittsburgh, Pennsylvania 15219
>AKirshenbaum@PostSchell.com
>
>Albert Giang
>Jeffrey Hammer
>Ramon Miyar
>King & Spalding LLP
>633 West Fifth Street, Suite 1600
>Los Angeles, California 90071
>agiang@kslaw.com
>jhammer@kslaw.com
>rmiyar@kslaw.com

                 /s/ Jean E. Novak
                 Jean E. Novak
                 *Counsel for Defendant, Arias Agencies*