IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID BURKES on behalf of Himself and others similarly situated, | Civil Action No. 2:22-cv-01054-WSH |
| Plaintiffs, | Complaint-Class and Collective Action |
| | Jury Trial Demanded |
| vs. | |
| ARIAS AGENCIES, AMERICAN INCOME LIFE INSURANCE COMPANY, | ELECTRONICALLY FILED |
| Defendants. | |

**CONSENT TO JOIN**

1. Pursuant to the Fair Labor Standards Act, 29 U.S.C. 216(b), The Pennsylvania Minimum Wage Act of 1968, The Pennsylvania Wage Payment and Collection Law, and the theory of Unjust Enrichment, I hereby consent to join and act as a plaintiff in the above-captioned lawsuit.

2. I agree to be bound by any adjudication or court rulings in this lawsuit, whether favorable or unfavorable.

3. I hereby designate Williamson Law LLC law firm to represent me in this lawsuit.

Signature: _/s/ Dara H._

Print Name: Dara-Lynn Marie Hockman

Date Signed: 01/03/2023